# United States Bankruptcy Court
## Middle District of Florida
## Jacksonville Division

In re **Teressa Hughes / Thomas Hughes, Jr.**
Debtor(s)

Case No. **3:10-bk-03924**
Chapter **11**

### DEBTORS' MOTION FOR CRAMDOWN UNDER 11 U.S.C. § 1129(b)
### CLASS 9 (CITIMORTGAGE FIRST MORTGAGE)

Teressa Hughes and Thomas Hughes, Jr., as Debtors and Debtors-In-Possession ("Debtors"), pursuant to 11 U.S.C. §1129(b), requests Court entry of an order confirming their proposed Plan of Reorganization notwithstanding the non-acceptance by Class 9, and herby provides notice of the same to all parties in interest and say:

### Jurisdiction

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue of this proceeding and this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

3. The statutory basis for the relief requested herein is section 1129(b) of title 11 of the United States Code (the "Bankruptcy Code").

### Relief Requested

4. By this Motion, the Debtors seek entry of the order confirming the Plan of Reorganization despite the non-acceptance of this class of creditors and finding that:
    a. The treatment to Class 9 is fair and equitable;
    b. The treatment of Class 9 does not unfairly discriminate; and
    c. Any other relief deemed appropriate by the Court.

### Background

5. On May 6, 2010, the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to manage the property and operate their business as debtors-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108. No trustee, examiner, or official committee has been appointed in this case.

6. On June 14, 2011, the Debtors filed their Plan of Reorganization.

7. The Court heard 11 U.S.C. §1129(a) arguments on November 29, 2011 and held that the Plan of Reorganization, Dated June 14, 2010 met all provisions of 11 U.S.C. §1129(a) besides 1129(a)(8) and requested the Debtors to file this Motion for Cramdown.

8. The Debtors have proposed in their Plan of Reorganization that class 9 retain its full lien on the property located at 1288 High Road, Tallahassee, Florida and that the full amount be amortized over 360 months with 4.5% interest.

**Basis for Relief**

1. The Debtors' Motion for Cramdown is governed by 11 U.S.C. §1129(b) of the Bankruptcy Code, which provides in pertinent part that:

> Notwithstanding section 510(a) of this title, if all of the applicable requirements of subsection (a) of this section other than paragraph (8) are met with respect to a plan, the court, on request of the proponent of the plan, shall confirm the plan notwithstanding the requirements of such paragraph if the plan does not discriminate unfairly, and is fair and equitable, with respect to each class of claims or interest that is impaired under, and has not accepted, the plan. 11 U.S.C. §1129(b)(1).

2. In this particular case Class 9 treatment is fair and equitable because Class 9 is retaining its full lien on the property and will receive interest over the life of the reamortized loan.

3. Class 9 is also not unfairly discriminated against because they are being treated like other similarly situated creditors.

WHEREFORE, for the reasons set forth herein, the Debtor respectfully request that the Court enter an order confirming the Plan of Reorganization despite the non-acceptance of Class 9.

Dated: December 7, 2011

Submitted by:/s/ Jason A. Burgess
Jason A. Burgess
2350 Park Street
Jacksonville, Florida 32204
(904) 981-8100
(904) 981-8015 facsimile
jason@jasonaburgess.com
*Counsel for Debtors-In-Possession*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was furnished electronically to the US Trustee via the CM/ECF system on the 7th day of December 2011 in accordance with Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure and by U.S. Mail to all of the parties on the attached matrix.

    /s/ Jason A. Burgess

Jason A. Burgess
2350 Park Street
Jacksonville, Florida 32204
(904) 981-8100
(904) 981-8015 facsimile
jason@jasonaburgess.com
*Counsel for Debtors-In-Possession*