UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Teressa Marie Hughes
Thomas Patrick Hughes, Jr.

Debtor(s).

Case No. 3:10-bk-03924-JAF
Chapter 11

## ORDER GRANTING MOTION FOR ADEQUATE PROTECTION
### (Re: 1328 Nylic Street, Tallahassee, FL 32304)

THIS CASE came on for hearing on January 3, 2012, upon a Motion for Adequate Protection filed by Federal National Mortgage Association ("Movant") on November 23, 2011 (the "Motion", DE #213). The Court heard the statements of counsel, considered the record, and being otherwise duly advised of the premises finds that the Motion is granted in accordance with the following terms and conditions. Accordingly it is

ORDERED:

1. The Motion is granted.

2. The Debtor shall make monthly adequate protection payments of $732.81 to Movant, commencing on February 1, 2012 and continuing on the first day of each month thereafter until the account is paid in full, or until the entry of an order confirming a plan of reorganization.

3. The Debtors shall send all payments directly to Movant's servicer Seterus as follows: Seterus, Inc., 14523 SW Millikan Way, Suite 200, Beaverton, Oregon 97005. All funds submitted pursuant to the terms of this order shall include the account number and the address of the subject property.

DONE AND ORDERED at Jacksonville, Florida on January 5, 2012

JERRY A. FUNK
United States Bankruptcy Judge

Copies furnished to:

Teressa Marie Hughes, 3467 Russell Road, Green Cove Springs, FL 32043
Thomas Patrick Hughes, Jr., 3467 Russell Road, Green Cove Springs, FL 32043
Jason A. Burgess, 118 West Adams St, Suite 900, Jacksonville, FL 32202
Elena Escamilla, 135 W. Central Blvd., Suite 620, Orlando, FL 32806
United States Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801
Kevin L. Hing, 4630 Woodland Corporate Blvd., Suite 100, Tampa, FL  33614
All other interested parties and creditors listed on the 1007 (d) parties in interest list.

10-204830